**No. 53144.**—C. F. Kirk Co. v. United States, protest 144488–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in Abstract 52793, which case followed *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 53145.**—Chew Chong Tai & Co. et al. v. United States, protests 140769–K, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.